FILED
5/16/17 7:45 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: David Michael Henderson<br>            Debtor(s) | BK. NO. 17-20339 GLT |
| Harley-Davidson Credit Corp<br>            Movant<br>v.<br>David Michael Henderson<br>            Respondent<br>and<br>Ronda J. Winnecour, Trustee<br>            Additional Respondent | CHAPTER 13<br><br>Related to Dkt. No. 39<br>Hearing: May 17, 2017 at 10:00 a.m. |

**DEFAULT ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

   This 16th day of May, 2017, upon default, no response objecting to the Motion having been timely filed by an interested party, and upon Movant's Certification of Service and Certification of No Objection, it is

   **ORDERED** that the above-captioned Motion is granted insofar as it requests relief from the Automatic Stay imposed by 11 U.S.C. Sections 362 (d) and 1301 (if applicable) with respect to vehicle, 2012 HARLEY-DAVIDSON FLHX STREET GLIDE,VIN:1HD1KBM12CB646466, .

   Movant shall, within five (5) days hereof, serve a copy of the within Order on parties in interest and file a certificate of Service.

Prepared by: James Warmbrodt, Esq.

DEFAULT ENTRY

Dated: May 16, 2017

_____
Gregory L. Taddonio    cgt
United States Bankruptcy Judge

Case Administrator to serve: James Warmbrodt, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-20339-GLT
David Michael Henderson                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: mgut              Page 1 of 1           Date Rcvd: May 16, 2017
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2017.
db              +David Michael Henderson,    2551 Golden Oaks Road,    Holbrook, PA 15341-1705

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2017 at the address(es) listed below:
          David A. Rice    on behalf of Debtor David Michael Henderson ricelaw1@verizon.net,
           lowdenscott@gmail.com
          James   Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Pamela J. Wilson    on behalf of Trustee Pamela J. Wilson pwilson@epiqtrustee.com,
           pwilson@ecf.epiqsystems.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Scott R. Lowden    on behalf of Debtor David Michael Henderson niclowlgl@comcast.net
                                                                                             TOTAL: 6