**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**David Michael Henderson**
Debtor(s)

Bankruptcy Case No.: 17−20339−GLT
Issued per 8/24/2017 Proceeding
Chapter: 13
Docket No.: 48 − 26
Concil. Conf.: August 24, 2017 at 09:00 AM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED**
**AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

 IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated February 22, 2017 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

- ☐ A. For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

- ☐ B. The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

- ☐ C. Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Aug. 24, 2017 at 09:00 AM, in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

- ☐ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

- ☒ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

- ☐ F. shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

- ☒ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Claim No. 8 of Freedom Credit Union .

- ☒ H. Additional Terms: Counsel for Debtor(s) shall provide Trustee with the correct payment address for the following creditor(s) within 20 days of the Date of confirmation and until that is done, the Trustee shall make no distributions to that creditor: Holbrook Wage Tax Collector and also to provide name of taxing authority.

 Sterling INc., secured claim No. 4 shall be treated as a surrender of collateral.

*(2.)*  ***IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:***

**A.**    **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.**    **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.**    **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.**    **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.**    **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*  **IT IS FURTHER ORDERED THAT:**

**A.**     After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**     Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**     Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.**     Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**     The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.**     In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: August 24, 2017

cc:  All Parties in Interest to be served by Clerk in seven (7) days

Case 17-20339-GLT    Doc 50    Filed 08/26/17    Entered 08/27/17 00:52:01    Desc Imaged
Certificate of Notice    Page 4 of 5

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 17-20339-GLT
David Michael Henderson                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dbas              Page 1 of 2          Date Rcvd: Aug 24, 2017
                              Form ID: 149            Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2017.
db          +David Michael Henderson,    2551 Golden Oaks Road,    Holbrook, PA 15341-1705
cr          +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
              Pittsburgh, PA 15233-1828
14357064    +Comenity Bank/buckle,    Po Box 182789,    Columbus, OH 43218-2789
14357065    +Comenity Bank/gndrmtmc,    Po Box 182789,    Columbus, OH 43218-2789
14357067    +Domestic Relations Office,    Belmont Co Ohio Court,    147 West Main Street,
              Saint Clairsville, OH 43950-1224
14357069    +First Natl Bk Of Pa,    1 Fnb Blvd,    Hermitage, PA 16148-3363
14357070     Freedom Cu,    Arsenal Bus Center,    Philadelphia, PA 19137
14357071    +Grant Town EMS,    P.O. Box 129,    Buckhannon, WV 26201-0129
14367832    +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
14366484    +Holbrook Wage Tax Collector,    c/o Keystone Collections Group,    P.O. Box 509,
              Irwin, PA 15642-0509
14357072    +LP Financial & Co.,    506 Twin Oaks Drive,    Johnson City, TN 37601-7610
14357073    +Lp Financial Inc,    7007 Wyoming Road,    Albuquerque, NM 87109-3983
14357074    +Med Express,    P.O. Box 719,    Dellslow, WV 26531-0719
14357075    +Oscar Urrea, MD,    110 Hidden Vally Road,    McMurray, PA 15317-2685
14375491    +Sterling Jewelers Inc dbs J.B. Robinson,    c/o Weltman, Weinberg & Reis Co., LPA,
              436 Seventh Avenue, Ste 2500,    Pittsburgh, PA 15219-1842
14357079    +WHS Behavior Health - Greene,    P.O. Box 855,    Washington, PA 15301-0855
14357077    +Washington Health System,    155 Wilson Ave.,    Washington, PA 15301-3398
14357078    +Washington Hospital,    155 Wilson Ave.,    Washington, PA 15301-3398

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14365149     +E-mail/Text: svlainich@communitybank.tv Aug 25 2017 00:57:05      Community Bank,
              90 West Chestnut Street,    Suite 100,    Washington, PA 15301-4524
14357066     +E-mail/Text: svlainich@communitybank.tv Aug 25 2017 00:57:05      Community Bank,
              100 N Market St,    Carmichaels, PA 15320-1290
14357068     +E-mail/Text: bankruptcy.notices@hdfsi.com Aug 25 2017 00:57:25      Esb/harley Davidson Cr,
              Po Box 21829,    Carson City, NV 89721-1829
14423265     +E-mail/Text: schmidtb@freedomcu.org Aug 25 2017 00:56:24      Freedom Credit union,
              626 Jacksonville Road, Suite 250,    Warminster, PA 18974-4862
14366485      E-mail/Text: cio.bncmail@irs.gov Aug 25 2017 00:56:25      Internal Revenue Service,
              1000 Liberty Avenue,    Pittsburgh, PA 15222
14379906      E-mail/Text: bnc-quantum@quantum3group.com Aug 25 2017 00:56:35
              Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
14373237      E-mail/Text: bankruptcy@bbandt.com Aug 25 2017 00:56:37      Sheffield Financial,    PO Box 1847,
              Wilson, NC 27894-1847
14357076     +E-mail/Text: bankruptcy@bbandt.com Aug 25 2017 00:56:37      Sheffield Financial Co,
              2554 Lewisville Clemmons,    Clemmons, NC 27012-8110
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Harley-Davidson Credit Corp
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 24, 2017 at the address(es) listed below:
              David A. Rice    on behalf of Debtor David Michael Henderson ricelaw1@verizon.net,
               lowdenscott@gmail.com
              James Warmbrodt     on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

```
District/off: 0315-2          User: dbas             Page 2 of 2           Date Rcvd: Aug 24, 2017
                              Form ID: 149           Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Pamela J. Wilson    on behalf of Trustee Pamela J. Wilson pwilson@epiqtrustee.com, pwilson@ecf.epiqsystems.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          Scott R. Lowden    on behalf of Debtor David Michael Henderson niclowlgl@comcast.net

                                                                                                                      TOTAL: 7