**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| DAVID MICHAEL HENDERSON | Case No. 17-20339GLT |
| Debtor(s) | |
| RONDA J. WINNECOUR, | Chapter 13 |
| Standing Chapter 13 Trustee, | |
| Movant | Document No __ |
| vs. | |
| JACKSON TOWNSHIP (EIT)** | |
| Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

PLAN PROVIDES FOR HOLBROOK WAGE TAX COLLECTOR. COUNSEL FOR DEBTOR PROVIDED CORRECTIVE INFORMATION PURSUANT TO THE CONFIRMATION ORDER. COLLECTOR HAS RETURNED FUNDS INDICATING NO CLAIM IS DUE AND THAT THEY BELIEVE THEY RECEIVED THE FUNDS IN ERROR.

| | |
|---|---|
| JACKSON TOWNSHIP (EIT)** | Court claim# /Trustee CID# 24 |
| C/O KEYSTONE COLLECTIONS GROUP - | |
| DLNQ CLLCTR | |
| 546 WENDEL RD | |
| IRWIN, PA 15642 | |

The Movant further certifies that on 09/17/2018 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
DAVID MICHAEL HENDERSON, 2551 GOLDEN OAKS ROAD, HOLBROOK, PA  15341

ORIGINAL CREDITOR:
JACKSON TOWNSHIP (EIT)**, C/O KEYSTONE COLLECTIONS GROUP - DLNQ CLLCTR, 546 WENDEL RD, IRWIN, PA  15642

NEW CREDITOR:

DEBTOR'S COUNSEL:
DAVID A RICE ESQ, RICE & ASSOCIATES LAW FIRM, 15 W BEAU ST, WASHINGTON, PA  15301