IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  
David Henderson,

Bankruptcy Case No. 17-20339-GLT  
Chapter 13

        Debtor,  
David Henderson,

        Movant,  
v

No Respondent.

**NOTICE OF CHANGE OF DEBTOR'S ADDRESS**

Debtor's former mailing address:

David Henderson  
2551 Golden Oaks Road  
Holbrook, PA  15341

Debtor's current and future address:

David Henderson  
1479 Garards Fort Road  
Waynesburg, PA  15370

Dated: 04/27/2021

/s/: David A. Rice, Esq.  
Attorney for Debtor(s)  
15 West Beau Street  
Washington, PA  15301  
ricelaw1@verizon.net  
724-225-7270  
PA ID 50329