**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

10/04/2021

IN RE:

DAVID MICHAEL HENDERSON
1479 GARARDS FORT ROAD
WAYNESBURG, PA 15370
XXX-XX-1969        Debtor(s)

Case No. 17-20339 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

10/4/2021

<u>/s/Trustee'sAdministrativAssistant</u>
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim # | INT % | CRED DESC | Court Claim # | Account No. | Claim | Comment |
|---|---|---|---|---|---|---|---|
| **COMMUNITY BANK(*)**<br>2111 N FRANKLIN DR<br>WASHINGTON, PA 15301 | 1 | 0.00% | VEHICLE | 1 | 6561 | 0.00 | SURR/PL*$9650/CL*W/21 |
| **HARLEY DAVIDSON CREDIT CORP***<br>BOX 15129<br>PALATINE, IL 60055-5129 | 2 | 0.00% | VEHICLE | 2-2 | 1251 | 0.00 | RS/DOE*SURR/PL*AMD CL=$0*W/28 |
| **FREEDOM CREDIT UNION**<br>626 JACKSONVILLE RD STE 250<br>CENTER POINTE OFFICE CENTER<br>WARMINSTER, PA 18974-4862 | 3 | 0.00% | VEHICLE | 8 | 3576 | 0.00 | CL8GOVS*398/PL*392.14 X 60+2=LMT*W/25*DK |
| **LP FINANCIAL INC**<br>506 TWIN OAKS DR<br>JOHNSON CITY, TN 37601 | 4 | 0.00% | SECURED CREDITOR | | | 0.00 | SURR/PL |
| **SHEFFIELD FINANCIAL/B B & T***<br>ATTN BKRPTCY SECTION / 100-50-01-51<br>POB 1847<br>WILSON, NC 27894-1847 | 5 | 0.00% | SECURED CREDITOR | 3 | 9420 | 0.00 | SURR/PL*$1962.48/CL |
| **OHIO CHILD SUPPORT PMT CENTRAL**<br>POB 182372<br>COLUMBUS, OH 43218-2372 | 6 | 0.00% | SUPPORT/ALIMONY CONT. | | | 0.00 | NT ADR~ND DSO INFO/SCH*NT PROV/PL*DK |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BANK**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | 7 | 0.00% | UNSECURED CREDITOR | 7 | 0993 | 518.86 | THE BUCKLE |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BANK**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | 8 | 0.00% | UNSECURED CREDITOR | 5 | 2839 | 8,414.66 | GANDER MOUNTAIN |
| **FIRST NATIONAL BANK OF PA(*)**<br>LOAN ADJUSTMENT DEPT*<br>4140 E STATE ST<br>HERMITAGE, PA 16148 | 9 | 0.00% | UNSECURED CREDITOR | | 0816 | 0.00 | |
| **FIRST NATIONAL BANK OF PA(*)**<br>LOAN ADJUSTMENT DEPT*<br>4140 E STATE ST<br>HERMITAGE, PA 16148 | 10 | 0.00% | UNSECURED CREDITOR | | 0914 | 0.00 | |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **FIRST NATIONAL BANK OF PA(*)**<br>LOAN ADJUSTMENT DEPT*<br>4140 E STATE ST<br>HERMITAGE, PA 16148 | Trustee Claim Number: 11 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1013 |
| **GRANT TOWN EMS**<br>PO BOX 129<br>BUCKHANNON, WV 26201 | Trustee Claim Number: 12 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6160 |
| **LP FINANCIAL INC**<br>506 TWIN OAKS DR<br>JOHNSON CITY, TN 37601 | Trustee Claim Number: 13 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 914 |
| **MED EXPRESS BILLING**<br>POB 719<br>DELLSLOW, WV 26531 | Trustee Claim Number: 14 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3908 |
| **OSCAR UREA MD**<br>110 HIDDEN VALLEY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number: 15 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4820 |
| **WASHINGTON HEALTH SYSTEM**<br>155 WILSON AVE<br>WASHINGTON, PA 15301 | Trustee Claim Number: 16 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3470 |
| **WASHINGTON HEALTH SYSTEM**<br>155 WILSON AVE<br>WASHINGTON, PA 15301 | Trustee Claim Number: 17 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7345 |
| **WASHINGTON HEALTH SYSTEM**<br>155 WILSON AVE<br>WASHINGTON, PA 15301 | Trustee Claim Number: 18 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7345 |
| **WASHINGTON HOSPITAL**<br>155 WILSON AVENUE<br>WASHINGTON, PA 15301 | Trustee Claim Number: 19 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1001 |
| **WHS BEHAVIOR HEALTH GREENE**<br>PO BOX 855<br>WASHINGTON, PA 15301 | Trustee Claim Number: 20 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7345 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account No. |
|---|---|---|---|
| **COMMUNITY BANK(*)**<br>2111 N FRANKLIN DR<br>WASHINGTON, PA 15301 | Trustee Claim Number: 21 INT %: 0.00%<br>Court Claim Number: 1 | CLAIM: 3,642.32<br>COMMENT: NO GEN UNS/SCH*W/1 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6561 |
| **STERLING INC DBA JB ROBINSONS JEWELERS**<br>C/O WELTMAN WEINBERG & REIS<br>POB 93784<br>CLEVELAND, OH 44101-5784 | Trustee Claim Number: 22 INT %: 0.00%<br>Court Claim Number: 4 | CLAIM: 0.00<br>COMMENT: SURR/CONF*NT/SCH*CL=$298.53 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 6094 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 23 INT %: 0.00%<br>Court Claim Number: 6 | CLAIM: 12,000.00<br>COMMENT: 12212@0%/PL*16/AMD E*16/PL | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 1969 |
| **JACKSON TOWNSHIP (EIT)****<br>C/O KEYSTONE COLLECTIONS GROUP - DLNQ C<br>546 WENDEL RD<br>IRWIN, PA 15642 | Trustee Claim Number: 24 INT %: 0.00%<br>Court Claim Number: NCF | CLAIM: 541.00<br>COMMENT: $@0%/PL@HOLBROOK EIT~16/AMD*PAYEE/ATTY~NTC-RSV | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 1969 |
| **FREEDOM CREDIT UNION**<br>626 JACKSONVILLE RD STE 250<br>CENTER POINTE OFFICE CENTER<br>WARMINSTER, PA 18974-4862 | Trustee Claim Number: 25 INT %: 0.00%<br>Court Claim Number: 8 | CLAIM: 768.56<br>COMMENT: ARRS*CL8GOVS*$0/PL*W/3 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 3576 |
| **DSO Receipient** | Trustee Claim Number: 26 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: N ID 239652 | CRED DESC: SUPPORT/ALIMONY CONT.<br>ACCOUNT NO.: |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 27 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: /PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **HARLEY DAVIDSON CREDIT CORP***<br>BOX 15129<br>PALATINE, IL 60055-5129 | Trustee Claim Number: 28 INT %: 0.00%<br>Court Claim Number: 2-2 | CLAIM: 10,661.33<br>COMMENT: AMD DEFICIENCY CL*RS/OE*W/2 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1251 |