Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **David Michael Henderson** | : | Case No. 17−20339−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 67 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 6/29/22 at 11:00 AM |
| | : | |
| | : | |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

*AND NOW,* this *The 26th of April, 2022*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 67 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1) *On or before June 10, 2022*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2) This Motion is scheduled for hearing on *June 29, 2022 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 17-20339-GLT
David Michael Henderson  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2
Date Rcvd: Apr 26, 2022      Form ID: 604      Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Michael Henderson, 1479 Garards Fort Road, Waynesburg, PA 15370-2496 |
| 14357067 | + | Domestic Relations Office, Belmont Co Ohio Court, 147 West Main Street, Saint Clairsville, OH 43950-1224 |
| 14357070 | | Freedom Cu, Arsenal Bus Center, Philadelphia, PA 19137 |
| 14357071 | + | Grant Town EMS, P.O. Box 129, Buckhannon, WV 26201-0129 |
| 14366484 | + | Holbrook Wage Tax Collector, c/o Keystone Collections Group, P.O. Box 509, Irwin, PA 15642-0509 |
| 14357073 | + | Lp Financial Inc, 7007 Wyoming Road, Albuquerque, NM 87109-3983 |
| 14357074 | + | Med Express, P.O. Box 719, Dellslow, WV 26531-0719 |
| 14357075 | + | Oscar Urrea, MD, 110 Hidden Vally Road, McMurray, PA 15317-2685 |
| 14375491 | + | Sterling Jewelers Inc dbs J.B. Robinson, c/o Weltman, Weinberg & Reis Co., LPA, 436 Seventh Avenue, Ste 2500, Pittsburgh, PA 15219-1842 |
| 14357079 | + | WHS Behavior Health - Greene, P.O. Box 855, Washington, PA 15301-0855 |
| 14357077 | + | Washington Health System, 155 Wilson Ave., Washington, PA 15301-3398 |
| 14357078 | + | Washington Hospital, 155 Wilson Ave., Washington, PA 15301-3398 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 26 2022 23:42:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14357066 | | Email/Text: svlainich@communitybank.tv | Apr 26 2022 23:43:00 | Community Bank, 100 N Market St, Carmichaels, PA 15320 |
| 14357064 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 26 2022 23:43:00 | Comenity Bank/buckle, Po Box 182789, Columbus, OH 43218-2789 |
| 14357065 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 26 2022 23:43:00 | Comenity Bank/gndrmtmc, Po Box 182789, Columbus, OH 43218-2789 |
| 14365149 | + | Email/Text: svlainich@communitybank.tv | Apr 26 2022 23:43:00 | Community Bank, 90 West Chestnut Street, Suite 100, Washington, PA 15301-4524 |
| 14357068 | + | Email/Text: bankruptcy.notices@hdfsi.com | Apr 26 2022 23:43:00 | Esb/harley Davidson Cr, Po Box 21829, Carson City, NV 89721-1829 |
| 14357069 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Apr 26 2022 23:42:00 | First Natl Bk Of Pa, 1 Fnb Blvd, Hermitage, PA 16148-3363 |
| 14423265 | + | Email/Text: ELDABBASM@FREEDOMCU.ORG | Apr 26 2022 23:43:00 | Freedom Credit union, 626 Jacksonville Road, Suite 250, Warminster, PA 18974-4862 |
| 14367832 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Apr 26 2022 23:42:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14366485 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 26 2022 23:43:00 | Internal Revenue Service, 1000 Liberty Avenue, Pittsburgh, PA 15222 |
| 14357072 | + | Email/Text: angie@lpfinanceinc.com | Apr 26 2022 23:43:00 | LP Financial & Co., 506 Twin Oaks Drive, Johnson City, TN 37601-7610 |
| 14379906 | | Email/Text: bnc-quantum@quantum3group.com | | |

|  |  | Apr 26 2022 23:43:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| --- | --- | --- | --- |
| 14373237 | Email/Text: bankruptcy@bbandt.com | Apr 26 2022 23:43:00 | Sheffield Financial, PO Box 1847, Wilson, NC 27894-1847 |
| 14357076 | + Email/Text: bankruptcy@bbandt.com | Apr 26 2022 23:43:00 | Sheffield Financial Co, 2554 Lewisville Clemmons, Clemmons, NC 27012-8110 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr |  | Harley-Davidson Credit Corp |
| 14710946 | *+ | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 28, 2022  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor Harley-Davidson Credit Corp bnicholas@kmllawgroup.com |
| David A. Rice | on behalf of Debtor David Michael Henderson ricelaw1@verizon.net lowdenscott@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Pamela J. Wilson | on behalf of Trustee Pamela J. Wilson pwilson@epiqtrustee.com pwilson@ecf.axosfs.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |
| Scott R. Lowden | on behalf of Debtor David Michael Henderson niclowlgl@comcast.net |

TOTAL: 7