**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DAVID MICHAEL HENDERSON<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>    Movant<br>    vs.<br>No Respondents. | Case No.:17-20339<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

April 26, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/31/2017 and confirmed on 3/31/17 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 48,470.00 |
| Less Refunds to Debtor | 827.44 | |
| TOTAL AMOUNT OF PLAN FUND | | 47,642.56 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,025.00 | |
|    Trustee Fee | 2,229.62 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,254.62 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   LP FINANCIAL INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SHEFFIELD FINANCIAL/B B & T* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9420 | | | | |
|   STERLING INC DBA JB ROBINSONS JEWE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6094 | | | | |
|   COMMUNITY BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6561 | | | | |
|   HARLEY DAVIDSON CREDIT CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1251 | | | | |
|   FREEDOM CREDIT UNION | 0.00 | 24,312.68 | 0.00 | 24,312.68 |
|     Acct: 3576 | | | | |
|   FREEDOM CREDIT UNION | 768.56 | 768.56 | 0.00 | 768.56 |
|     Acct: 3576 | | | | |
| | | | | 25,081.24 |
| **Priority** | | | | |
|   DAVID A RICE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAVID MICHAEL HENDERSON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAVID MICHAEL HENDERSON | 740.00 | 740.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAVID MICHAEL HENDERSON | 87.44 | 87.44 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICE AND ASSOCIATES | 3,025.00 | 3,025.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   OHIO CHILD SUPPORT PMT CENTRAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DOMESTIC RELATIONS OBLIGATION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 12,000.00 | 12,000.00 | 0.00 | 12,000.00 |
|     Acct: 1969 | | | | |
|   JACKSON TOWNSHIP (EIT)** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1969 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 541.00 | 541.00 | 0.00 | 541.00 |
| Acct: XXXXXXXXXXXXXXX EIT | | | | |
| | | | | 12,541.00 |
| **Unsecured** | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENI | 518.86 | 106.41 | 0.00 | 106.41 |
| Acct: 0993 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENI | 8,414.66 | 1,725.76 | 0.00 | 1,725.76 |
| Acct: 2839 | | | | |
| FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0816 | | | | |
| FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0914 | | | | |
| FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1013 | | | | |
| GRANT TOWN EMS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6160 | | | | |
| LP FINANCIAL INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 914 | | | | |
| MED EXPRESS BILLING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3908 | | | | |
| OSCAR UREA MD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4820 | | | | |
| WASHINGTON HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3470 | | | | |
| WASHINGTON HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7345 | | | | |
| WASHINGTON HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7345 | | | | |
| WASHINGTON HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1001 | | | | |
| WHS BEHAVIOR HEALTH GREENE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7345 | | | | |
| COMMUNITY BANK(*) | 3,642.32 | 747.00 | 0.00 | 747.00 |
| Acct: 6561 | | | | |
| HARLEY DAVIDSON CREDIT CORP* | 10,661.33 | 2,186.53 | 0.00 | 2,186.53 |
| Acct: 1251 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 4,765.70 |

| | | |
|---|---|---|
| TOTAL PAID TO CREDITORS | | 42,387.94 |

TOTAL CLAIMED
 PRIORITY            12,541.00
 SECURED                768.56
 UNSECURED          23,237.17

Date: 04/26/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

DAVID MICHAEL HENDERSON

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:17-20339

Chapter 13

Document No.:

### ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                       Case No. 17-20339-GLT
David Michael Henderson                                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2　　　　　　　　　　　　　　　　User: auto　　　　　　　　　　　　　　　　Page 1 of 2
Date Rcvd: Apr 26, 2022　　　　　　　　　　　　　　Form ID: pdf900　　　　　　　　　　　　　Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Michael Henderson, 1479 Garards Fort Road, Waynesburg, PA 15370-2496 |
| 14357067 | + | Domestic Relations Office, Belmont Co Ohio Court, 147 West Main Street, Saint Clairsville, OH 43950-1224 |
| 14357070 | | Freedom Cu, Arsenal Bus Center, Philadelphia, PA 19137 |
| 14357071 | + | Grant Town EMS, P.O. Box 129, Buckhannon, WV 26201-0129 |
| 14366484 | + | Holbrook Wage Tax Collector, c/o Keystone Collections Group, P.O. Box 509, Irwin, PA 15642-0509 |
| 14357073 | + | Lp Financial Inc, 7007 Wyoming Road, Albuquerque, NM 87109-3983 |
| 14357074 | + | Med Express, P.O. Box 719, Dellslow, WV 26531-0719 |
| 14357075 | + | Oscar Urrea, MD, 110 Hidden Vally Road, McMurray, PA 15317-2685 |
| 14375491 | + | Sterling Jewelers Inc dbs J.B. Robinson, c/o Weltman, Weinberg & Reis Co., LPA, 436 Seventh Avenue, Ste 2500, Pittsburgh, PA 15219-1842 |
| 14357079 | + | WHS Behavior Health - Greene, P.O. Box 855, Washington, PA 15301-0855 |
| 14357077 | + | Washington Health System, 155 Wilson Ave., Washington, PA 15301-3398 |
| 14357078 | + | Washington Hospital, 155 Wilson Ave., Washington, PA 15301-3398 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 26 2022 23:42:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14357066 | | Email/Text: svlainich@communitybank.tv | Apr 26 2022 23:43:00 | Community Bank, 100 N Market St, Carmichaels, PA 15320 |
| 14357064 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 26 2022 23:43:00 | Comenity Bank/buckle, Po Box 182789, Columbus, OH 43218-2789 |
| 14357065 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 26 2022 23:43:00 | Comenity Bank/gndrmtmc, Po Box 182789, Columbus, OH 43218-2789 |
| 14365149 | + | Email/Text: svlainich@communitybank.tv | Apr 26 2022 23:43:00 | Community Bank, 90 West Chestnut Street, Suite 100, Washington, PA 15301-4524 |
| 14357068 | + | Email/Text: bankruptcy.notices@hdfsi.com | Apr 26 2022 23:43:00 | Esb/harley Davidson Cr, Po Box 21829, Carson City, NV 89721-1829 |
| 14357069 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Apr 26 2022 23:42:00 | First Natl Bk Of Pa, 1 Fnb Blvd, Hermitage, PA 16148-3363 |
| 14423265 | + | Email/Text: ELDABBASM@FREEDOMCU.ORG | Apr 26 2022 23:43:00 | Freedom Credit union, 626 Jacksonville Road, Suite 250, Warminster, PA 18974-4862 |
| 14367832 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Apr 26 2022 23:42:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14366485 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 26 2022 23:43:00 | Internal Revenue Service, 1000 Liberty Avenue, Pittsburgh, PA 15222 |
| 14357072 | + | Email/Text: angie@lpfinanceinc.com | Apr 26 2022 23:43:00 | LP Financial & Co., 506 Twin Oaks Drive, Johnson City, TN 37601-7610 |
| 14379906 | | Email/Text: bnc-quantum@quantum3group.com | | |

| | | Apr 26 2022 23:43:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
|---|---|---|---|
| 14373237 | Email/Text: bankruptcy@bbandt.com | Apr 26 2022 23:43:00 | Sheffield Financial, PO Box 1847, Wilson, NC 27894-1847 |
| 14357076 | + Email/Text: bankruptcy@bbandt.com | Apr 26 2022 23:43:00 | Sheffield Financial Co, 2554 Lewisville Clemmons, Clemmons, NC 27012-8110 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Harley-Davidson Credit Corp |
| 14710946 | *+ | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 28, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Harley-Davidson Credit Corp bnicholas@kmllawgroup.com |
| David A. Rice | on behalf of Debtor David Michael Henderson ricelaw1@verizon.net lowdenscott@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Pamela J. Wilson | on behalf of Trustee Pamela J. Wilson pwilson@epiqtrustee.com pwilson@ecf.axosfs.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |
| Scott R. Lowden | on behalf of Debtor David Michael Henderson niclowlgl@comcast.net |

TOTAL: 7