**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | David Michael Henderson<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1969<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 17–20339–GLT | |

# Order of Discharge  12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

David Michael Henderson

6/13/22

**By the court:** Gregory L. Taddonio
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                                                  Case No. 17-20339-GLT

David Michael Henderson                                                                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                              User: auto                                                 Page 1 of 3

Date Rcvd: Jun 13, 2022                                     Form ID: 3180W                              Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Michael Henderson, 1479 Garards Fort Road, Waynesburg, PA 15370-2496 |
| 14357067 | + | Domestic Relations Office, Belmont Co Ohio Court, 147 West Main Street, Saint Clairsville, OH 43950-1224 |
| 14357070 | | Freedom Cu, Arsenal Bus Center, Philadelphia, PA 19137 |
| 14357071 | + | Grant Town EMS, P.O. Box 129, Buckhannon, WV 26201-0129 |
| 14366484 | + | Holbrook Wage Tax Collector, c/o Keystone Collections Group, P.O. Box 509, Irwin, PA 15642-0509 |
| 14357073 | + | Lp Financial Inc, 7007 Wyoming Road, Albuquerque, NM 87109-3983 |
| 14357074 | + | Med Express, P.O. Box 719, Dellslow, WV 26531-0719 |
| 14357075 | + | Oscar Urrea, MD, 110 Hidden Vally Road, McMurray, PA 15317-2685 |
| 14375491 | + | Sterling Jewelers Inc dbs J.B. Robinson, c/o Weltman, Weinberg & Reis Co., LPA, 436 Seventh Avenue, Ste 2500, Pittsburgh, PA 15219-1842 |
| 14357079 | + | WHS Behavior Health - Greene, P.O. Box 855, Washington, PA 15301-0855 |
| 14357077 | + | Washington Health System, 155 Wilson Ave., Washington, PA 15301-3398 |
| 14357078 | + | Washington Hospital, 155 Wilson Ave., Washington, PA 15301-3398 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jun 14 2022 03:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 13 2022 23:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jun 14 2022 03:43:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 13 2022 23:41:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jun 13 2022 23:41:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14357066 | | Email/Text: svlainich@communitybank.tv | Jun 13 2022 23:41:00 | Community Bank, 100 N Market St, Carmichaels, PA 15320 |
| 14357064 | + | EDI: WFNNB.COM | Jun 14 2022 03:43:00 | Comenity Bank/buckle, Po Box 182789, Columbus, OH 43218-2789 |
| 14357065 | + | EDI: WFNNB.COM | Jun 14 2022 03:43:00 | Comenity Bank/gndrmtmc, Po Box 182789, Columbus, OH 43218-2789 |
| 14365149 | + | Email/Text: svlainich@communitybank.tv | Jun 13 2022 23:41:00 | Community Bank, 90 West Chestnut Street, Suite 100, Washington, PA 15301-4524 |
| 14357068 | + | Email/Text: bankruptcy.notices@hdfsi.com | | |

District/off: 0315-2 | User: auto | Page 2 of 3
Date Rcvd: Jun 13, 2022 | Form ID: 3180W | Total Noticed: 28

| Recip ID | | Notice Type | Date/Time | Address |
|---|---|---|---|---|
| | | | Jun 13 2022 23:42:00 | Esb/harley Davidson Cr, Po Box 21829, Carson City, NV 89721-1829 |
| 14357069 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jun 13 2022 23:41:00 | First Natl Bk Of Pa, 1 Fnb Blvd, Hermitage, PA 16148-3363 |
| 14423265 | + | Email/Text: ELDABBASM@FREEDOMCU.ORG | Jun 13 2022 23:41:00 | Freedom Credit union, 626 Jacksonville Road, Suite 250, Warminster, PA 18974-4862 |
| 14367832 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Jun 13 2022 23:41:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14366485 | | EDI: IRS.COM | Jun 14 2022 03:43:00 | Internal Revenue Service, 1000 Liberty Avenue, Pittsburgh, PA 15222 |
| 14357072 | + | Email/Text: angie@lpfinanceinc.com | Jun 13 2022 23:41:00 | LP Financial & Co., 506 Twin Oaks Drive, Johnson City, TN 37601-7610 |
| 14379906 | | EDI: Q3G.COM | Jun 14 2022 03:43:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14373237 | | Email/Text: bankruptcy@bbandt.com | Jun 13 2022 23:41:00 | Sheffield Financial, PO Box 1847, Wilson, NC 27894-1847 |
| 14357076 | + | Email/Text: bankruptcy@bbandt.com | Jun 13 2022 23:41:00 | Sheffield Financial Co, 2554 Lewisville Clemmons, Clemmons, NC 27012-8110 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Harley-Davidson Credit Corp |
| 14710946 | *+ | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 15, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Harley-Davidson Credit Corp bnicholas@kmllawgroup.com |
| David A. Rice | on behalf of Debtor David Michael Henderson ricelaw1@verizon.net lowdenscott@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Pamela J. Wilson | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Jun 13, 2022 | Form ID: 3180W | Total Noticed: 28 |

        on behalf of Trustee Pamela J. Wilson pwilson@epiqtrustee.com  pwilson@ecf.axosfs.com

Ronda J. Winnecour

        cmecf@chapter13trusteewdpa.com

S. James Wallace

        on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Scott R. Lowden

        on behalf of Debtor David Michael Henderson niclowlgl@comcast.net

TOTAL: 7