IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
6/13/22 10:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
   DAVID MICHAEL HENDERSON

   Debtor(s)

Ronda J. Winnecour
   Movant
   vs.
No Repondents.

Case No.:17-20339

Chapter 13

Related to Docket No. 67

ORDER OF COURT

AND NOW, this ____13th Day of June, 2022____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE
drb

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 17-20339-GLT |
|---|---|
| David Michael Henderson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 13, 2022 | Form ID: pdf900 | Total Noticed: 26 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Michael Henderson, 1479 Garards Fort Road, Waynesburg, PA 15370-2496 |
| 14357067 | + | Domestic Relations Office, Belmont Co Ohio Court, 147 West Main Street, Saint Clairsville, OH 43950-1224 |
| 14357070 | | Freedom Cu, Arsenal Bus Center, Philadelphia, PA 19137 |
| 14357071 | + | Grant Town EMS, P.O. Box 129, Buckhannon, WV 26201-0129 |
| 14366484 | + | Holbrook Wage Tax Collector, c/o Keystone Collections Group, P.O. Box 509, Irwin, PA 15642-0509 |
| 14357073 | + | Lp Financial Inc, 7007 Wyoming Road, Albuquerque, NM 87109-3983 |
| 14357074 | + | Med Express, P.O. Box 719, Dellslow, WV 26531-0719 |
| 14357075 | + | Oscar Urrea, MD, 110 Hidden Vally Road, McMurray, PA 15317-2685 |
| 14375491 | + | Sterling Jewelers Inc dbs J.B. Robinson, c/o Weltman, Weinberg & Reis Co., LPA, 436 Seventh Avenue, Ste 2500, Pittsburgh, PA 15219-1842 |
| 14357079 | + | WHS Behavior Health - Greene, P.O. Box 855, Washington, PA 15301-0855 |
| 14357077 | + | Washington Health System, 155 Wilson Ave., Washington, PA 15301-3398 |
| 14357078 | + | Washington Hospital, 155 Wilson Ave., Washington, PA 15301-3398 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jun 13 2022 23:41:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14357066 | | Email/Text: svlainich@communitybank.tv | Jun 13 2022 23:41:00 | Community Bank, 100 N Market St, Carmichaels, PA 15320 |
| 14357064 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 13 2022 23:41:00 | Comenity Bank/buckle, Po Box 182789, Columbus, OH 43218-2789 |
| 14357065 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 13 2022 23:41:00 | Comenity Bank/gndrmtmc, Po Box 182789, Columbus, OH 43218-2789 |
| 14365149 | + | Email/Text: svlainich@communitybank.tv | Jun 13 2022 23:41:00 | Community Bank, 90 West Chestnut Street, Suite 100, Washington, PA 15301-4524 |
| 14357068 | + | Email/Text: bankruptcy.notices@hdfsi.com | Jun 13 2022 23:42:00 | Esb/harley Davidson Cr, Po Box 21829, Carson City, NV 89721-1829 |
| 14357069 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jun 13 2022 23:41:00 | First Natl Bk Of Pa, 1 Fnb Blvd, Hermitage, PA 16148-3363 |
| 14423265 | + | Email/Text: ELDABBASM@FREEDOMCU.ORG | Jun 13 2022 23:41:00 | Freedom Credit union, 626 Jacksonville Road, Suite 250, Warminster, PA 18974-4862 |
| 14367832 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Jun 13 2022 23:41:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14366485 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 13 2022 23:41:00 | Internal Revenue Service, 1000 Liberty Avenue, Pittsburgh, PA 15222 |
| 14357072 | + | Email/Text: angie@lpfinanceinc.com | Jun 13 2022 23:41:00 | LP Financial & Co., 506 Twin Oaks Drive, Johnson City, TN 37601-7610 |
| 14379906 | | Email/Text: bnc-quantum@quantum3group.com | | |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 13, 2022 | Form ID: pdf900 | Total Noticed: 26 |

| | | Jun 13 2022 23:41:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
|---|---|---|---|
| 14373237 | Email/Text: bankruptcy@bbandt.com | | |
| | | Jun 13 2022 23:41:00 | Sheffield Financial, PO Box 1847, Wilson, NC 27894-1847 |
| 14357076 | + Email/Text: bankruptcy@bbandt.com | | |
| | | Jun 13 2022 23:41:00 | Sheffield Financial Co, 2554 Lewisville Clemmons, Clemmons, NC 27012-8110 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Harley-Davidson Credit Corp |
| 14710946 | *+ | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2022              Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Harley-Davidson Credit Corp bnicholas@kmllawgroup.com |
| David A. Rice | on behalf of Debtor David Michael Henderson ricelaw1@verizon.net lowdenscott@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Pamela J. Wilson | on behalf of Trustee Pamela J. Wilson pwilson@epiqtrustee.com pwilson@ecf.axosfs.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |
| Scott R. Lowden | on behalf of Debtor David Michael Henderson niclowlgl@comcast.net |

TOTAL: 7